1 | STEPHEN QUADE, #156961
Attorney at Law
2 | The Rowell Building
2100 Tulare Street, Suite 512
3 | Fresno, California 93721
Telephone: (559) 237-2042
4 | Facsimile: (559) 237-3966

5 | Attorney for Defendant
**JOSE NEGRETE**

FILED

2005 AUG -9  A 8 09

CLERK, US DIST COURT
EASTERN DIST. OF CALIF.
AT FRESNO
BY_____
         DEPUTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JOSE NEGRETE,  Defendant(s) | CASE No. 1:05-CR-161-OWW REC  SUBSTITUTION OF ATTORNEY |

Defendant, JOSE NEGRETE, hereby substitutes STEPHEN QUADE, Attorney at Law, in place and stead of his present attorney, DALE A. BLICKENSTAFF, Attorney at Law. Consent of this substitution of attorneys is indicated by their signatures below.

////

DATED: 05/08/05

_____
JOSE NEGRETE,
Defendant

I hereby consent to the foregoing substitution.

////

DATED: 8/8/05

_____
DALE A. BLICKENSTAFF,
Attorney at Law

The above substitution is accepted.

////

DATED: 08/08/05

_____
STEPHEN QUADE,
Attorney at Law

8-8-05