STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600
smenselatty@sbcglobal.net

Counsel for Defendant
JOSE NEGRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05CR00161 OWW |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| JOSE NEGRETE | |
| Defendant. | |

It is hereby stipulated that the date for status conference be continued from October 31, 2006, 9:00 a.m., to November 13, 2006, 9:00 a.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: October 27, 2006          /s/Stephen Mensel
                                 STEPHEN MENSEL
                                 Attorney for Defendant JOSE NEGRETE

DATED: October 27, 2006          McGREGOR W. SCOTT, United States Attorney

                                 /s/Karen A. Escobar
                                 By KAREN A. ESCOBAR
                                 Assistant United States Attorney

**ORDER**

It is so ordered.

DATED: 10/27/06                  /s/ Oliver W. Wanger
                                 OLIVER W. WANGER
                                 United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com