McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-0161 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| JOSE NEGRETE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having read and considered the parties' stipulation to advance the current hearing date of June 11, 2007, to June 4, 2007, in this matter,

IT IS THE ORDER of the Court that the current hearing date of June 11, 2007, as to this defendant is hereby vacated, the hearing is reset for June 4, 2007, at 1:30 p.m. (after arraignment and plea on the Third Superseding Indictment set on June 4, 2007, at 1:30 p.m. before U.S. Magistrate Judge Sandra M. Snyder) for the purpose of setting a new (the first for this

1

defendant's new counsel) motions schedule and vacating the June 26, 2007, trial date.

Time was previously ordered excluded through June 26, 2007, in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: 5/31/07                    /s/ Oliver W. Wanger
                                  United States District Judge