McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-0161 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| JOSE NEGRETE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Having read and considered the parties' stipulation to extend the government's response filing from July 23 to July 30, 2007, in this matter,

    IT IS SO ORDERED.

DATED:   7/23/2007        /s/ Oliver W. Wanger
                                        _____
                                        OLIVER W. WANGER
                                        U.S. District Judge

1