1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        ) 1:05-CR-0161 OWW
11                                   )
                    Plaintiff,       )
12                                   )
         v.                          ) ORDER
13                                   )
                                     )
14 JOSE NEGRETE,                     )
                                     )
15                  Defendant.       )
   _____)
16

17

18
        Having read and considered the parties' stipulation to stay
19
   the government's filing of a response to the defendant's motion
20
   to dismiss and to convert the August 6 hearing date to a status
21
   conference,
22
        IT IS SO ORDERED.
23
24 DATED: July 25, 2007          /s/ OLIVER W. WANGER_____
                                 OLIVER W. WANGER
25                               U.S. District Judge

26

27

28
                                  1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28