1  CARL M. FALLER   SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534

4

5  Attorney for Defendant JOSE NEGRETE

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          ) No.CR.05-0161 OWW
                                        )
12 |        Plaintiff,                  )
                                        )
13 |   vs.                              ) SUPPLEMENTAL REQUEST TO
                                        ) EXONERATE PROPERTY BOND
14                                      )
                                        )
15 | JOSE NEGRETE,                      )
                                        )
16 |        Defendant.                  )
                                        )
17                                      )
                                        )
18 |_____)

19     Defendant Jose Negrete, by and through his undersigned attorney of record, hereby files

20 this Supplemental Request to Exonerate Property Bond regarding the pretrial release of the

21 above-named defendant.

22     The bond upon which defendant Jose Negrete was released was in the amount of $75,000

23 and was executed by Jose Perez, on the property located at 2443 South Boyd Avenue, Fresno,

24 California. The Deed of Trust was recorded on March 30, 2007 with the Fresno County

25 Recorder as DOC-2006-0067140, Nbr-0002140026.

26

**FILED**
OCT 1 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

The basis for this request is that the defendant was sentenced on September 10, 2007 to a sentence of time served, and the case has terminated as to this defendant.

DATED:  October 14, 2007

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
JOSE NEGRETE

ORDER

Good cause appearing, the Clerk of the Court is hereby ordered to exonerate the property bond described in detail above, which secured the release of defendant JOSE NEGRETE

10-16-07

OLIVER W. WANGER
United States District Judge